Janice E. Smith (SBN 3816)
**PRICE LAW GROUP, APC**
420 S. Jones Blvd.
Las Vegas, NV 89107
(702) 794-2008 Telephone
(702) 794-2009 Facsimile
jan@pricelawgroup.com

Attorneys for Plaintiff,
RENE HADLOCK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RENE HADLOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 3:13-cv-00475-HDM-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, RENE HADLOCK, by counsel, and Defendant, PERFORMANT RECOVERY, INC., by counsel, hereby stipulate and agree that Plaintiff's action against PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: January 20, 2015    By: */s/ Janice E. Smith*
　　　　　　　　　　　　　　　　Janice E. Smith, Esq. (SBN 3816)
　　　　　　　　　　　　　　　**PRICE LAW GROUP, APC**
　　　　　　　　　　　　　　　420 S. Jones Blvd.
　　　　　　　　　　　　　　　Las Vegas, NV 89107
　　　　　　　　　　　　　　　Phone: 702-794-2008
　　　　　　　　　　　　　　　Fax: 702-794-2009
　　　　　　　　　　　　　　　Email: jan@pricelawgroup.com
　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　*Rene Hadlock*

**STOVALL & ASSOCIATES**

DATED: January 20, 2015    By: */s/ Ross H. Moynihan*
　　　　　　　　　　　　　　　　Ross H. Moynihan, Esq (SBN 11260)
　　　　　　　　　　　　　　　**STOVALL & ASSOCIATES**
　　　　　　　　　　　　　　　2301 Palomino Lane
　　　　　　　　　　　　　　　Las Vegas, NV 89107
　　　　　　　　　　　　　　　Phone: 702-258-3034
　　　　　　　　　　　　　　　Fax: 702-258-0093
　　　　　　　　　　　　　　　Email: ross@lawsstovall.com
　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　*Performant Recovery*