# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENE HADLOCK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERFORMANT RECOVERY, INC.;<br>and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No.: 3:13-cv-00475-HDM-WGC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

## [PROPOSED] ORDER

　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, RENE HADLOCK, against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice.  Plaintiff, RENE HADLOCK, and Defendant PERFORMANT RECOVERY, INC. shall each bear their own costs and attorneys' fees.

　　IT IS SO ORDERED.

DATED:_____    _____
　　　　　　　　　　　　　　　　Hon. William G. Cobb
　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　District of Nevada